**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Hoang Berry, Petitioner,

v.

Stokes Import Collision Center, Respondent.

Appellate Case No. 2013-000603

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Charleston County
Kristi Lea Harrington, Circuit Court Judge

———————

Memorandum Opinion No. 2014-MO-029
Heard June 10, 2014 – Filed July 9, 2014

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Jason G. Soper, of Soper Law Firm, LLC, of North Charleston, for Petitioner.

H. Clayton Walker, Jr. and Robert L. Reibold, both of Walker & Reibold, LLC, of Columbia, for Respondent.

———————

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in *Berry v. Stokes Import Collision Center*, Op. No. 2013-UP-007 (S.C. Ct. App. filed Jan. 9, 2013).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**